# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

ADAM EMERSON, individually and on behalf of all others similarly situated,

        Plaintiff(s),

vs.

WYNN RESORTS, LIMITED,

        Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case #2:26-cv-00662

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Paul Doolittle_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

    1.    That Petitioner is an attorney at law and a member of the law firm of

Poulin Willey Anastopoulo, LLC
(firm name)

with offices at _____32 Ann Street_____,
(street address)

_____Charleston_____, _____South Carolina_____, _____29403_____,
(city)         (state)         (zip code)

_____(803) 222-2222_____, _____paul.doolittle@poulinwilley.com_____.
(area code + telephone number)     (Email address)

    2.    That Petitioner has been retained personally or as a member of the law firm by

_____Adam Emerson_____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3.    That since _____11/15/1993_____, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of _____South Carolina_____
(state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4.    That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Please See Attached Admissions List | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

5.    That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

> None

2

Rev. 5/16

6.    That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

None

7.    That Petitioner is a member of good standing in the following Bar Associations.

None

8.    Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.    Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.    Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11.    Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF South Carolina )
                        )
COUNTY OF Charleston    )

____Paul Doolittle____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

18th day of March, 2026.

_____
Notary Public or Clerk of Court

MARNACIA WILLIAMS
MY COMMISSION EXPIRES
NOTARY PUBLIC
11/08/2034
STATE OF SOUTH CAROLINA

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ____Matthew L Sharp____,
                                                                        (name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action.  The address and email address of said designated Nevada counsel is:

_____432 Ridge St_____,
                            (street address)

____Reno____, ____Nevada____, ____89501____,
  (city)          (state)       (zip code)

____775-324-1500____, ____matt@mattsharplaw.com____.
(area code + telephone number)        (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____ Matthew L Sharp _____ as

(name of local counsel)

his/her/their Designated Resident Nevada Counsel in this case.

_____

Adam Emerson (Mar 24, 2026 09:04:22 CDT)

(party's signature)

Adam Emerson

_____

(type or print party name, title)

_____

(party's signature)

_____

(type or print party name, title)

### CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____

Designated Resident Nevada Counsel's signature

4746                                    matt@mattsharplaw.com

_____

Bar number                        Email address

APPROVED:

Dated: this __25th__ day of _____March_____, 20 26.

_____

UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

## Admissions List for Paul Doolittle

| Court | Date Admitted | Bar Number | Status |
|---|---|---|---|
| State of South Carolina Bar | 11/15/1993 | 66490 | Good Standing |
| United States District Court of South Carolina | 12/28/1993 | 6012 | Good Standing |
| District of Colorado | 08/26/2023 | N/A | Good Standing |
| Eastern District of Wisconsin | 11/06/2024 | N/A | Good Standing |
| Central District of Illinois | 2/18/2025 | 66490 | Good Standing |
| Northern District of Illinois | 02/18/2025 | 66490 | Good Standing |
| Southern  District of Illinois | 7/10/2025 | 66490 | Good Standing |
| Eastern District of Oklahoma | 02/20/2025 | N/A | Good Standing |
| Eastern District of Arkansas | 8/11/2025 | N/A | Good Standing |
| Western District of Arkansas | 8/11/2025 | N/A | Good Standing |
| Eastern District of Michigan | 8/29/2025 | N/A | Good Standing |
| 1st Circuit Court of Appeals | 12/12/22 | 1206063 | Good Standing |
| 2nd Circuit Court of Appeals | 06/01/2022 | N/A | Good Standing |
| 4th Circuit  Court of Appeals | 12/23/1993 | N/A | Good Standing |
| 5th Circuit  Court of Appeals | 05/23/2023 | N/A | Good Standing |
| 6th Circuit  Court of Appeals | 05/13/2024 | N/A | Good Standing |
| 7th Circuit  Court of Appeals | 4/11/22 | N/A | Good Standing |
| 9th Circuit Court of Appeals | 05/13/2024 | N/A | Good Standing |
| 10th Circuit  Court of Appeals | 08/22/2024 | N/A | Good Standing |
| 11th Circuit  Court of Appeals | 01/17/2023 | N/A | Good Standing |

# The Supreme Court of South Carolina

## Certificate of Good Standing

I, Patricia A. Howard, Clerk of the Supreme Court of South Carolina, do hereby certify that Paul J. Doolittle (Paul J. Doolittle) was duly sworn and admitted as an attorney in this state on November 15, 1993 and is currently a regular member of the South Carolina Bar in good standing.

*Patricia A. Howard*
_____
CLERK

Columbia, South Carolina

March 17, 2026

This certificate of good standing was automatically generated using the South Carolina Attorney Information System. The current status of any person holding a license or certificate to practice law in South Carolina may be obtained using the search function at https://www.sccourts.org/attorneys/dspSearchAttorneys.cfm. For questions and concerns, please contact the Office of Bar Admissions at 803-734-1317.